UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO AND ROBERTA E. THOMAS,

    Plaintiff(s),

    v.

CHEVY CHASE BANK F.S.B.,

    Defendant(s).
_____/

No. C 12-4290 PJH

**ORDER GRANTING MOTION TO DISMISS**

Before the court is defendant Chevy Chase Bank's motion to dismiss plaintiffs Rodolfo and Roberta E. Thomas's complaint as "incomprehensible, nonsensical, and incoherent." Plaintiffs did not file an opposition to defendant's motion to dismiss. Because there is no discernable legal basis for plaintiffs' complaint, the court hereby GRANTS defendant's motion and dismisses the complaint.

Although the court is of the opinion that re-pleading will not resolve the deficiencies in the complaint, the court will nonetheless allow plaintiffs an opportunity to file an amended complaint. For that amended complaint to be successful, plaintiffs must specify the number of defendants being sued and identify each defendant by official name; must allege separate causes of action; must state a constitutional or statutory basis for each cause of action; and must allege facts showing each defendant's personal involvement in the wrongful act alleged in each cause of action. If plaintiffs fail to file the amended complaint by January 23, 2013, or if they file an amended complaint not in accordance with the above instructions, the case will be dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 2, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge