UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO AND ROBERTA E. THOMAS,

    Plaintiff(s),

    v.

CHEVY CHASE BANK F.S.B.,

    Defendant(s).

                                           /

No. C 12-4290 PJH

**ORDER OF DISMISSAL**

This matter was before the court on defendant Chevy Chase Bank's motion to dismiss, filed on October 23, 2012. Plaintiffs did not oppose the motion. The court granted defendant's motion on January 2, 2013, as it could not find any discernable legal basis for the complaint. Specific instructions on how to amend were provided in the January 2, 2013 order and a deadline of January 23, 2013 was set. The deadline passed and plaintiffs did not filed the amended complaint as ordered.

Accordingly, the court having considered the five factors set forth in *Malone v. United States Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987), and having determined that notwithstanding the public policy favoring the disposition of actions on their merits, the court's need to manage its docket and the public interest in the expeditious resolution of the litigation require dismissal of this action. In view of plaintiffs' lack of response to this court's prior order, the court finds there is no appropriate less drastic sanction. Accordingly, this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for plaintiffs' failure to prosecute.

**IT IS SO ORDERED**.

Dated: February 8, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge