UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO AND ROBERTA E. THOMAS,

        Plaintiff(s),

    v.

CHEVY CHASE BANK F.S.B.,

        Defendant(s).
_____/

No. C 12-4290 PJH

**JUDGMENT**

The court having dismissed this action for plaintiffs' failure to prosecute,

it is Ordered and Adjudged

that the complaint is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: February 8, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge